# Exhibit 1

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,430,930**

**Registered Mar. 27, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Nirvana, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
C/o Rimon Law, Jill Berliner, Esq.
2029 Century Park East, Suite 400n
Los Angeles, CALIFORNIA 90067

CLASS 25: Shirts; sweatshirts; hooded sweatshirts

FIRST USE 9-21-1993; IN COMMERCE 9-21-1993

The mark consists of an accurate-to-scale silhouette-like representation of a winged woman facing forward, wings outstretched, with her head facing to her left, with a bent left knee, and with arms outstretched and palms facing forward so that the positions of her left and right arms are at approximately 4:30 o'clock and 7:30 o'clock, respectively.

SEC.2(F)

SER. NO. 87-178,273, FILED 09-21-2016

Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,441,075**

**Registered Apr. 10, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Nirvana, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
C/o Rimon Law, Jill Berliner, Esq.
2029 Century Park East, Suite 400n
Los Angeles, CALIFORNIA 90067

CLASS 9: Audio and video recordings, namely, compact discs featuring music and musical performances; phonograph records featuring music; prerecorded digital media in the nature of audio and visual media, namely, CDs, DVDs, and downloadable audio and video recordings in the field of music; digital music downloadable from the internet; DVDs featuring music and musical performances; downloadable audio and video recordings, namely, downloadable music files, downloadable multimedia files containing audio and video relating to music and musical performances, downloadable MP3 files and MP3 recordings featuring music and musical performances, and downloadable musical and video recordings in the field of music

FIRST USE 9-21-1993; IN COMMERCE 9-21-1993

The mark consists of an accurate-to-scale silhouette-like representation of a winged woman facing forward, wings outstretched, with her head facing to her left, with a bent left knee, and with arms outstretched and palms facing forward so that the positions of her left and right arms are at approximately 4:30 o'clock and 7:30 o'clock, respectively.

SEC.2(F)

SER. NO. 87-178,261, FILED 09-21-2016



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,797,928

**United States Patent and Trademark Office**  Registered Oct. 12, 1993

---

## TRADEMARK
### PRINCIPAL REGISTER

## FLOWER SNIFFIN KITTY PETTIN BABY KISSIN CORPORATE ROCK WHORES

NIRVANA, INC. (WASHINGTON CORPORATION)
C/O LEE JOHNSONVWC MANAGEMENT
13343 BELLEVUE-REDMOND ROAD
BELLEVUE, WA 98005

FOR: CLOTHING; NAMELY, TEE SHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11-0-1991; IN COMMERCE 11-0-1991.

SER. NO. 74-356,609, FILED 2-8-1993.

ANTHONY LUPO, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21 and 36

**United States Patent and Trademark Office**    Reg. No. 1,842,789
Registered July 5, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## NIRVANA

NIRVANA (PARTNERSHIP)
C/O LEE JOHNSON, VWC MANAGEMENT
13343 BELLEVUE-REDMOND ROAD
BELLEVUE, WA 98005

FOR: SERIES OF SOUND RECORDINGS AND PRERECORDED VIDEOTAPES ALL FEATURING PERFORMANCES OF A MUSICAL ARTIST OR GROUP, IN CLASS 9 (U.S. CLS. 21 AND 36).

FIRST USE 6-0-1989; IN COMMERCE 6-0-1989.

OWNER OF U.S. REG. NO. 1,631,419.

SER. NO. 74-417,064, FILED 7-26-1993.

PAUL KRUSE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,836,895
Registered May 17, 1994

## TRADEMARK
### PRINCIPAL REGISTER

# NIRVANA

NIRVANA (PARTNERSHIP)
C/O LEE JOHNSON, VWC MANAGEMENT
13343 BELLEVUE-REDMOND ROAD
BELLEVUE, WA 98005

FOR: CLOTHING; NAMELY, SHIRTS, TEE SHIRTS, CAPS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11-0-1991; IN COMMERCE 11-0-1991.

SER. NO. 74-417,065, FILED 7-26-1993.

PAUL KRUSE, EXAMINING ATTORNEY



# United States Patent and Trademark Office

# NIRVANA

| | |
|---|---|
| **Reg. No. 3,937,416** | NIRVANA, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY) <br> C/O TODD GELFAND |
| **Registered Mar. 29, 2011** | 1880 CENTURY PARK EAST, SUITE 1600 <br> LOS ANGELES, CA 90067 |
| **Int. Cls.: 16 and 41** | FOR: PRINTED MATERIALS, NAMELY, POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50). |
| **TRADEMARK** | |
| **SERVICE MARK** | FIRST USE 0-0-1992; IN COMMERCE 0-0-1992. |
| **PRINCIPAL REGISTER** | FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEBSITE WITH INFORMATION ON RECORDINGS OF A MUSICAL GROUP AND HISTORICAL INFORMATION ON A MUSICAL GROUP AND PROVIDING ONLINE PROFILE PAGES WITH PHOTOS AND INFORMATION ON RECORDINGS OF A MUSICAL GROUP; PROVIDING NON-DOWNLOADABLE PRE-RECORDED MUSIC AND VIDEO CLIPS VIA A WEBSITE AND ONLINE PROFILE PAGES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107). |

FIRST USE 0-0-2002; IN COMMERCE 0-0-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,842,789.

SER. NO. 85-090,713, FILED 7-22-2010.

KATHLEEN LORENZO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# NIRVANA

| | |
|---|---|
| **Reg. No. 4,663,544** | NIRVANA, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY) |
| **Registered Dec. 30, 2014** | C/O JILL BERLINER, ESQ.<br>1900 AVENUE OF THE STARS, 25TH FLOOR<br>LOS ANGELES, CA 90067 |
| **Int. Cl.: 9** | |
| **TRADEMARK** | FOR: MUSICAL SOUND RECORDINGS; DOWNLOADABLE MUSICAL SOUND RECORDINGS; SOUND RECORDINGS FEATURING PERFORMANCES OF A MUSICAL GROUP; DOWNLOADABLE SOUND RECORDINGS FEATURING PERFORMANCES OF A MUSICAL GROUP; AUDIOVISUAL RECORDINGS FEATURING MUSIC; AUDIOVISUAL RECORDINGS |
| **PRINCIPAL REGISTER** | FEATURING PERFORMANCES OF A MUSICAL GROUP; DOWNLOADABLE AUDIOVISUAL RECORDINGS FEATURING MUSIC; DOWNLOADABLE AUDIOVISUAL RECORDINGS FEATURING PERFORMANCES OF A MUSICAL GROUP, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). |

FIRST USE 6-0-1989; IN COMMERCE 6-0-1989.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,842,789.

SER. NO. 86-287,837, FILED 5-21-2014.

ROBIN CHOSID, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.